EMILY JOHNSON HENN (SBN 269482)
Email: ehenn@cov.com
LINDSEY BARNHART (SBN 294995)
Email: lbarnhart@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

Attorneys for Defendants Daniel Helmhold,
Big Fish Games, Inc., and Aristocrat
Leisure Limited

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NATHAN CAMPOS,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL HELMHOLD, *et al.*,<br><br>    Defendants. | Civil Case No. 2:22-cv-3959-GHW-AS<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Served: May 10, 2022<br>Current response date: June 16, 2022<br>New response date: July 8, 2022 |

**WHEREAS,** Plaintiff Nathan Campos filed his Complaint against Defendants Daniel Helmhold, Big Fish Games, Inc., and Aristocrat Leisure Ltd. on April 11, 2022 in the Superior Court of the State of California for the County of Los Angeles;

**WHEREAS,** Plaintiff filed his First Amended Complaint against Defendants on April 20, 2022;

**WHEREAS,** Defendants accepted service of Plaintiff's First Amended Complaint and summons on May 10, 2022;

**WHEREAS,** on May 13, 2022, Plaintiff and Defendants stipulated to extend Defendants' time to respond to the First Amended Complaint in the California Superior Court until July 8, 2022;

**WHEREAS,** the Honorable Christopher K. Liu entered an order on June 1, 2022 that extended Defendants' time to respond to the First Amended Complaint in the California Superior Court until July 8, 2022;

**WHEREAS,** Defendants removed this action to federal court on June 9, 2022;

**WHEREAS,** Defendants' current deadline to respond to the First Amended Complaint under Federal Rule of Civil Procedure 81(c)(2) is June 16, 2022;

**WHEREAS,** the parties have agreed and stipulated to extend Defendants' time to respond to the First Amended Complaint in federal court until July 8, 2022, which is twenty-two days after Defendants' current deadline;

**WHEREAS,** the parties have further agreed and stipulated that if any Defendant responds to the First Amended Complaint by filing a motion under Rule 12 of the Federal Rules of Civil Procedure, said Defendant shall in its motion designate a Motion Day of no earlier than August 26, 2022, and Plaintiff's opposition to said motion shall be filed no later than August 5, 2022, and Defendant's reply, if any, shall be filed no later than August 19, 2022;

**WHEREAS**, the extension of time and briefing schedule set out by the parties will not alter the date of any other event or any deadline already fixed by court order;

**WHEREAS,** by entering into this stipulation, none of the Defendants waives any rights, defenses, or arguments, including any jurisdictional challenges;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, through their undersigned counsel, that:

1. Defendants' time to respond to the First Amended Complaint shall be extended to July 8, 2022, and;
2. If any Defendant responds to the First Amended Complaint by filing a motion under Rule 12 of the Federal Rules of Civil Procedure, said Defendant shall in its motion designate a Motion Day of no earlier than August 26, 2022, and Plaintiff's opposition to said motion shall be filed no later than August 5, 2022, and Defendant's reply, if any, shall be field no later than August 19, 2022.

Dated: June 9, 2022              COVINGTON & BURLING LLP

By:  *Emily Johnson Henn*
     Emily Johnson Henn

     Attorneys for Defendants Daniel Helmhold, Big Fish Games, Inc., and Aristocrat Leisure Limited

Dated: June 9, 2022              THE RYAN LAW GROUP

By:  *Andrew T. Ryan*
     Andrew T. Ryan

     Attorney for Plaintiff

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Emily Johnson Henn*
Emily Johnson Henn
