Andrew T. Ryan, Esq. (SBN 227700)
THE RYAN LAW GROUP
317 Rosecrans Ave.
Manhattan Beach, CA 90266
Tel: (310) 321-4800
Fax: (310) 496-1435
Andrew.ryan@theryanlawgroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATHAN CAMPOS,<br><br>     Plaintiff,<br><br>v.<br><br>DANIEL HELMHOLD, an individual, BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT LEISURE LTD, an Australian corporation, and DOES 1 THROUGH 10, inclusive;<br><br>     Defendants. | Case No.  2:22-cv-03959-GW-AS<br><br>**NOTICE OF MOTION AND MOTION FOR REMAND FILED BY PLAINTIFF**<br><br>Hearing: July 25, 2022 at 8:30 a.m.<br><br>Judge: Hon. George H. Wu |

NOTICE OF MOTION AND MOTION FOR REMAND FILED BY PLAINTIFF

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on July 25, 2022, at 8:30 a.m., before the Honorable George H. Wu in the United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 9D, 9th Floor, Plaintiff Nathan Campos ("Plaintiff") will and hereby does move the Court pursuant to 28 U.S.C. §1447(c) and 28 U.S.C. § 1332(d) to Remand this action to the Superior Court of the State of California, County of Los Angeles, where the Complaint and First Amended Complaint ("FAC") were originally filed.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 3, 2022.  A second conference of counsel took place on June 24, 2022.

As set forth in the accompanying Memorandum of Points and Authorities, there is good cause for the relief requested.  Remand is warranted under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1332(d), because Defendants' allegations as to the amount in controversy are factually deficient and based on faulty assumptions.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the pleadings and papers filed in this action; and such further argument and matters as may be offered at the time of the hearing of this Motion.

DATED: June 27, 2022                    THE RYAN LAW GROUP

                                                       s /Andrew Ryan/
                                                       Andrew T. Ryan
                                                       Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### Campos v. Daniel Helmold, et al.
Case No. 2:22-cv-03959-GW-AS

I, Andrew T. Ryan, certify that I am registered to serve documents via the CM/ECF system. On this date, I served the foregoing DOCUMENT(s):

**NOTICE OF MOTION AND MOTION FOR REMAND FILED BY PLAINTIFF**

A true and correct copy of the above entitled document(s) was delivered to CM/ECF by electronic transfer for service on all registered counsel of record by electronic service:

| | |
|---|---|
| Emily Johnson Henn (SBN 269482)<br>Lindsey Barnhart (SBN 294995)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real, 5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4706<br>Email: ehenn@cov.com;<br>lbarnhart@cov.com | **Attorneys for Defendants Daniel Helmhold, Big Fish Games, Inc., and Aristocrat Leisure Limited** |

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States and the State of California.

Dated: June 27, 2022         \_\_\_s/Andrew T. Ryan\_\_\_\_\_
                                               Andrew T. Ryan