# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| NATHAN CAMPOS,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL HELMHOLD, *et al.*,<br><br>    Defendants. | Civil Case No. CV 22-3959-GW-ASx<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND MODIFY MOTIONS BRIEFING SCHEDULE**<br><br>Complaint Served: May 10, 2022<br>Current response date: July 8, 2022<br>New response date: September 6, 2022 |

The Court, having considered the stipulation of Plaintiff Nathan Campos and Defendants Daniel Helmhold, Big Fish Games, Inc., and Aristocrat Leisure Limited, approves and adopts the stipulation and hereby **ORDERS** that:

1. The Scheduling Conference currently set for July 14, 2022 at 8:30 a.m. is continued, and;

2. The Scheduling Conference shall be rescheduled at a date and time to be determined by the Court after the Court's resolution of Plaintiff's motion to remand (ECF No. 11), and;

3. The Motion Day for Plaintiff's motion to remand, which is currently designated as July 25, 2022, shall be re-designated by the Court for August 29, 2022 at 8:30 a.m., and;

4. Defendants' opposition to Plaintiff's motion to remand shall be filed no later than August 1, 2022, and;

5. Plaintiff's reply in support of Plaintiff's motion to remand, if any, shall be filed no later than August 15, 2022, and;

6. Defendant's current deadline of July 8, 2022, to respond to the First Amended Complaint is vacated, and;

7. Defendant's deadline to respond to the First Amended Complaint shall be September 6, 2022, and;

//
//
//
//

      8. If any Defendant responds to the First Amended Complaint by filing a motion under Rule 12 of the Federal Rules of Civil Procedure, said Defendant shall in its motion designate a Motion Day of no earlier than October 21, 2022, and Plaintiff's opposition to said motion shall be filed no later than September 23, 2022, and Defendant's reply, if any, shall be filed no later than October 7, 2022.

**IT IS SO ORDERED.**

DATED: June 28, 2022

_____
The Honorable George H. Wu
United States District Judge